IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-81-LMB-TCB |
| **SUNPATH, LTD.,** | |
| Defendant. | |

### DEFENDANT SUNPATH, LTD.'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant SunPath, Ltd. ("SunPath"), by and through counsel, and hereby moves this Court pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff Ruth Smith's Complaint, ECF No. 1. The grounds for SunPath's Motion to Dismiss are set forth in the concurrently filed Memorandum in Support pursuant to Local Rule 7.1(F)(1).

Dated: May 6, 2022

Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Gregory M. Caffas*
Gregory M. Caffas (VSB No. 92142)
Mitchell N. Roth (VSB No. 35863)
Roth Jackson
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
gcaffas@rothjackson.com
mroth@rothjackson.com

Joseph P. Bowser (VSB No. 88399)
ROTH JACKSON
1519 Summit Ave., Ste. 102
Richmond, VA 23230
804-441-8701
804-441-8438 (fax)
jbowser@rothjackson.com

*Counsel for SunPath, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the above and foregoing SunPath, Ltd.'s Motion to Dismiss Plaintiff's Complaint be served upon counsel of record in this case via the U.S. District Court CM/ECF System on May 6, 2022.

/s/ *Gregory M. Caffas*
Gregory M. Caffas