IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SUNPATH, LTD.,**<br><br>Defendant. | Case No. 1:22-cv-81-LMB-TCB |

## NOTICE OF HEARING ON SUNPATH, LTD.'S MOTION TO DISMISS

PLEASE TAKE NOTICE that on Friday June 3, 2022 at 10:00 am, or as soon thereafter as the undersigned may be heard, the Defendant SunPath Ltd. ("SunPath") will present to the Court its Motion to Dismiss Plaintiff's Complaint, ECF No. 10, on the grounds set forth in the accompanying Memorandum in Support, ECF No. 11.

Counsel for the parties conferred via telephone in compliance with Local Rule 7.1(E) prior to filing.

Dated: May 6, 2022

Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Gregory M. Caffas*
Gregory M. Caffas (VSB No. 92142)
Mitchell N. Roth (VSB No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
gcaffas@rothjackson.com
mroth@rothjackson.com

        Joseph P. Bowser (VSB No. 88399)
        ROTH JACKSON
        1519 Summit Ave., Ste. 102
        Richmond, VA 23230
        804-441-8701
        804-441-8438 (fax)
        jbowser@rothjackson.com

*Counsel for SunPath, Ltd.*

### CERTIFICATE OF SERVICE

I hereby certify that I caused the above and foregoing Notice of Hearing on SunPath, Ltd.'s Motion to Dismiss to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on May 6, 2022.

        /s/ *Gregory M. Caffas*
        Gregory M. Caffas