# INITIAL PRETRIAL CONFERENCE

**MAGISTRATE JUDGE:** William E. Fitzpatrick

**CA-** 1:22-cv-81

**DATE:** 8/31/2022

**TIME:** 5 mins

**APPEARANCES OF COUNSEL FOR:** Parties appeared via telephone

( x ) PLAINTIFF   ( x ) DEFENDANT
(   ) PRO SE PLAINTIFF   (   ) PRO SE DEFENDANT

**DISCOVERY PLAN:**

(   ) PLAINTIFF   (   ) DEFENDANT   (   ) JOINT

(   ) APPROVED   (   ) APPROVED AS AMENDED   (   ) FILE BY _____

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:**

(   ) YES

(   ) CONSENT SIGNED

**ADR/SETTLEMENT:**

(   ) PENDING   (   ) WILL DISCUSS   (   ) OTHER

(   ) ORDER TO ISSUE

CASE CONTINUED TO ___9/7/22 @ 11AM_____ FOR 16(B) CONFERENCE