UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: WILLIAM E. FITZPATRICK**

CIVIL MOTION

**DATE:** __10/14/22_____
**START:** _10:11 a.m._____
**FINISH:** __10:24 a.m._____
**DEPUTY CLERK: TINA FITZGERALD**

**Civil Action Number:** __1:22-cv-81_____

Smith

vs.

SunPath, Ltd.

Appearance of Counsel for:   ( x ) Plaintiff   ( ) Pro Se Plaintiff
                             ( x ) Defendant ( ) Pro Se Defendant

Motion:

**Motion for Extension of Time to Complete Discovery-DE#32**

Ruling:

( ) Motion is uncontested and taken under consideration

**Argued &**

( ) GRANTED
( x ) DENIED
( ) GRANTED IN PART/DENIED IN PART

Notes:

(     ) Report and Recommendation to Follow
( x ) Order to Follow