**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|                      |   |                                        |
|----------------------|---|----------------------------------------|
| RUTH SMITH,          | ) |                                        |
|                      | ) |                                        |
|     Plaintiff,       | ) |                                        |
|                      | ) |                                        |
|         v.           | ) | Civil Action No. 1:22cv81 (LMB/WEF)    |
|                      | ) |                                        |
| SUNPATH, LTD.,       | ) |                                        |
|                      | ) |                                        |
|     Defendant.       | ) |                                        |
|                      | ) |                                        |

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to Complete

Discovery (Dkt. 32). Both parties briefed the matter, and the Court heard argument of counsel on

October 14, 2022.

For reasons stated from the bench, and in accord with specific rulings and instructions

thereto, it is hereby

**ORDERED** that Plaintiff's Motion (Dkt. 32) is **DENIED WITHOUT PREJUDICE**.

**ENTERED** this 14th day of October, 2022.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia