## verizon✓

| | |
|---|---|
| Page: | 1 of 1 |
| Invoice #: | 2022283643 |

VERIZON SECURITY SUBPOENA COMPLIANCE
600 HIDDEN RIDGE ROOM E01A186
IRVING, TX, 75038

| Date | Invoice # |
|---|---|
| 10/14/2022 | 2022283643 |

## Case Invoice

TAX ID: 23-2259884 / Cage # 3L7L6

PHN: 888-483-2600
FAX: 325-949-6916

Account # NJ181672
Payment Due Date: 11/13/2022

ARONS & ARONS LLC
76 S ORANGE AVE
STE 100
SOUTH ORANGE, NJ, 07079

## Case Details

| Date Rec'd | VZCase # | Receiving Att/Agent | Agency Approval Code | Invoice Ref | Ref Value |
|---|---|---|---|---|---|
| 09/21/2022 | 22433439 0 | PATRICK H. PELUSO | | | |
| | | | File/Docket #: | 1:22-cv-00081-LMB-WEF | |

## Charge Details

| Description | Charge Terms/Code | Service Range | Qty | Unit Cost | Amount |
|---|---|---|---|---|---|
| Hourly Charges - Civil | | 09/21/2022 - 09/21/2022 | 1 | $75.00 | $75.00 |
| (Preferred Return Method) - Overnight | | 09/21/2022 - 09/21/2022 | 1 | $8.00 | $8.00 |

| | |
|---|---|
| Total | $83.00 |
| Payments/Credits | 0.00 |
| Balance Due | $83.00 |

Please return a copy of this summary with your payment. Please reference invoice number on your remittance check.

----

| Invoice # | Account # | Total Amount Due | Payment Due Date | Amount Enclosed |
|---|---|---|---|---|
| 2022283643 | NJ181672 | 83.00 | 11/13/2022 | |

ARONS & ARONS LLC
76 S ORANGE AVE
STE 100
SOUTH ORANGE, NJ, 07079
**Billing Contact**
PATRICK H. PELUSO

No credit card payments.

Make check payable to:
VERIZON SECURITY SUBPOENA COMPLIANCE

600 HIDDEN RIDGE ROOM E01A186
IRVING, TX, 75038

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

October 14, 2022

ARONS & ARONS LLC
76 S ORANGE AVE STE 100
SOUTH ORANGE NJ 07079

Verizon Case #: 22433439
Docket / File #: 1:22-cv-00081-LMB-WEF
Requested Target: 281-667-9986,281-709-0786,281-709-0849,281-709-0884,352-209-2321,407-479-7228,410-844-6327

Dear Patrick H. Peluso

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

( x ) Verizon Wireless does not provide service for the requested numbers. The service is likely provided by:

4074797228 - Level 3 Communications
3522092321 -  Cingular Wireless
4108446327 - Peerless

Respectfully,

Patti P
VERIZON SECURITY SUBPOENA COMPLIANCE

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

October 14, 2022

ARONS & ARONS LLC
76 S ORANGE AVE STE 100
SOUTH ORANGE NJ 07079

**Verizon Case #: 22433439**
**Docket / File #: 1:22-cv-00081-LMB-WEF**

State of Texas

ss:

County of Tom Green

I, PATTI POEHLS, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ PATTI POEHLS

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Ruth Smith, et al., | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:22-cv-00081-LMB-WEF |
| SunPath, Ltd., | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Verizon Communications, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Addendum A.

| Place: Arons & Arons, LLC, 76 South Orange Ave., South Orange, NJ 07079, or ppeluso@woodrowpeluso.com | Date and Time: 10/06/2022 5:00 pm |
| --- | --- |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| --- | --- |
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/21/2022

*CLERK OF COURT*

OR

_____    /s/ Patrick H. Peluso
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Ruth Smith
_____, who issues or requests this subpoena, are:
Patrick H. Peluso, ppeluso@woodrowpeluso.com, Woodrow & Peluso, LLC, 3900 E. Mexico Ave., Suite 300, Denver, CO 80210; Tel: 720-213-0676

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ADDENDUM A TO SUBPOENA TO PRODUCE DOCUMENTS TO VERIZON

Please produce the following documents for inspection and copying on or before October 6, 2022. To the extent that VERIZON objects to any of the below requests on the basis of privilege, VERIZON must provide a privilege log and produce any and all non-privileged documents. Defined terms need not be capitalized to retain their defined meanings.

1. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 281-709-0786 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

2. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 281-709-0884 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

3. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 281-709-0849 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

4. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 281-667-9986 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

5. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 410-844-6327 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

6. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 352-209-2321 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

7. All DOCUMENTS sufficient to IDENTIFY the client, user, subscriber, or PERSON associated with the telephone number 407-479-7228 during the RELEVANT TIME PERIOD together with the date(s) that each client, user, subscriber, or PERSON was associated with the subject number.

## DEFINITIONS

1. "DOCUMENTS" means and refers to writings, contracts, manuals, papers, drawings, graphs, diagrams, maps, audits and audit results, records, reports, investigations, charts,

studies, photographs, sound recordings, images, computer programs, letters, ESI, emails, text messages, contracts, spreadsheets, agreements, data, databases, and any and all other data or data compilations, including without limitation all ESI, Excel files, screen shots, proof of backups, data or other reporting data—stored in any medium from which information can be obtained.

2. "IDENTIFY" shall mean the following:

   A. When referring to a person, it means to give the person's full name, present address or last known address, additional phone number, and email address, and the name of the registered business associated, owned, or operated, in any capacity by any such person.

   B. When referring to an entity, it means to give the entity's full name, contact telephone number, and email address, and any name that the entity purports to do business as (d/b/a name), and the type of entity that the business is registered as, including but not limited to business, corporation, limited liability company, professional association, and limited liability partnership.

   C. When referring to documents, means to provide documents showing the (i) type of document; (ii) general subject matter; (iii) date of the document and period of use; and (iv) author(s), addressee(s) and recipient(s).

   D. When referring to a communication, means to give documents showing the type of communication (i.e., telephone discussion, email, face-to-face, etc.), the name and present address of each person present during the communication or who otherwise viewed or heard the communication, and to state the subject matter of the communication and the date when it occurred.

3. "PERSON" means any natural person or any business, legal, quasi-governmental or governmental entity or association.

4. "RELEVANT TIME PERIOD" means and refers to the time from January 26, 2018 to the present.

5. "YOU," "YOUR," or "VERIZON" means and refers to Verizon Communications, Inc., a Delaware corporation, whose principal place of business is located at 1095 Avenue of the Americas, New York, New York 10036, including all of its divisions, subsidiaries, related companies, predecessors and successors, and all of its owners, directors, managers, agents, attorneys, affiliates, subsidiaries, employees, contractors, partners, and joint ventures.

**SUBSCRIBER REPORT**

| Search Value | MTN | Business Name | Addr Line1 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 2817090786 | 2817090786 | FIRST CITIZENS BANCSHARES, INC | 4300 SIX FORKS RD | RALEIGH | NC | 27609 |
| 2817090849 | 2817090849 | FIRST CITIZENS BANCSHARES, INC | 4300 SIX FORKS RD | RALEIGH | NC | 27609 |
| 2817090884 | 2817090884 | FIRST CITIZENS BANCSHARES, INC | 4300 SIX FORKS RD | RALEIGH | NC | 27609 |
| 2816679986 | 2816679986 | FIRST CITIZENS BANCSHARES, INC | 4300 SIX FORKS RD | RALEIGH | NC | 27609 |

**CONTACTS:**
Craig Grimm
Syliva Cromartie
Pete Shelfo
Laura Martin