```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      ALEXANDRIA DIVISION
 3
      RUTH SMITH, individually and on
 4    behalf of all others similarly
      situated,
 5
                        Plaintiff,         Case No.
 6                                         1:22-cv-00081-LMB-
      vs.                                  WEF
 7
      SUNPATH, LTD., a Massachusetts
 8    corporation,
 9                    Defendant.
      _____/
10
11                       DEPOSITION OF
      RULE 30(b)(6) DEPOSITION OF CHUKRAN MANAGEMENT GROUP
12    d/b/a AMERICAN PROTECTION CORP. ("AMERICAN PROTECTION")
                          KOBI CHUKRAN
13
                  (Conducted Via Videoconference)
14
15
       DATE:               November 1, 2022
16
17     TIME:               11:03 a.m. to 2:06 p.m.
18
       PURSUANT TO:        Notice by counsel for Plaintiff
19                         for purposes of discovery, use at
                           trial or such other purposes as
20                         are permitted under the Federal
                           Rules of Civil Procedure
21
22     REPORTED BY:        Aaron T. Perkins, RMR, CRR, CRC
                           Notary Public, State of
23                         Florida at Large
24
                           Pages 1 to 128
25

                                                        Page 1
```

```
 1        maybe $10, $15.  It depends on the particular
 2        time.
 3             Q.   Okay.  But they would receive the $200
 4        if the sale was made.  Do I understand that
 5        correctly?
 6             A.   No.  This is in this particular example.
 7        Now, please, I would like to entered into the
 8        record that we've never done any business with
 9        Capital Buddies, LLC.  Okay?  This is a sales
10        party that expressed interest in the affiliate
11        program.  I provided it as a sample as per the
12        subpoena's request.  But there was no relationship
13        between us.  And this is a sample agreement.
14             Q.   So the amount could change?
15             A.   Absolutely.
16             Q.   Okay.
17             A.   Absolutely.
18             Q.   Does American Protection keep track of
19        which affiliates are associated with which sales?
20             A.   We do our best to, yes.
21             Q.   Do you know if there's any affiliate
22        associated with the solicitations to plaintiff?
23             A.   There was none.
24             Q.   None?
25             A.   There was none.  It was strictly that
```

Page 115

```
 1        she received a postcard from us, and she called in
 2        to request information.
 3             Q.   Okay.  Previously we discussed
 4        agreements with the subcontractors.
 5                  Do you recall that?
 6             A.   Yes.
 7             Q.   I was under the impression this related
 8        to subcontractors, but you informed me it does
 9        not.
10                  Does American Protection have agreements
11        with the subcontractors that it utilized during
12        the relevant time period?
13             A.   We have agreements with subcontractors.
14             Q.   Are they written?
15             A.   Yes.
16             Q.   Could they be produced?
17             A.   For this particular time frame, I would
18        have to search and determine that.
19             Q.   Okay.
20             A.   Again, we do our best efforts to
21        maintain those records.  I'm a small, one man type
22        of company.  I do my best.  But, unfortunately,
23        sometimes we have hard drives that have crashed on
24        me, and some records were lost in the process,
25        yes.
```

Page 116