IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SUNPATH, LTD.,**<br><br>*Defendant*. | Case No. 1:22-cv-00081-LMB-TCB |

## DEFENDANT SUNPATH, LTD.'S NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, on November 18, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant SunPath, Ltd., by counsel and pursuant to Local Civil Rules 7(E) and 37, will present for hearing its Motion to Compel Discovery from Plaintiff Ruth Smith in accordance with the accompanying Memorandum in Support.

Dated: November 10, 2022

Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Gregory M. Caffas*
Gregory M. Caffas (VSB No. 92142)
Mitchell N. Roth (VSB No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
gcaffas@rothjackson.com
mroth@rothjackson.com

Joseph P. Bowser (VSB No. 88399)
Roth Jackson
1519 Summit Ave., Ste. 102
Richmond, VA 23230
804-441-8701
804-441-8438 (fax)
jbowser@rothjackson.com

*Counsel for SunPath, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the above and foregoing Defendant SunPath, Ltd.'s Notice of Hearing to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on November 10, 2022.

/s/ *Gregory M. Caffas*
Gregory M. Caffas

2