3552771
10/28/2022



# WIRELESS
## SUBSCRIBER INFORMATION

523029075717

### Financial Liable Party

| | |
|---:|:---|
| **Name:** | LESLIE HALL |
| **Credit Address:** | 20 NEEDLES DR, OCALA, FL 34482 |

| | | | |
|---:|:---|---:|:---|
| **Customer Since:** | 02/02/2005 | | |
| **Photo ID Type:** | | **Photo ID State:** | |
| **Photo ID Number:** | | | |
| **DOB:** | | **SSN/TaxID/FEIN:** | |

| | | | |
|---:|:---|---:|:---|
| **Contact Name:** | | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | BLCTIE@AOL.COM | **Contact Work Email:** | |

### Billing Party

| | | | |
|---:|:---|---:|:---|
| **Account Number:** | 523029075717 | | |
| **Name:** | LESLIE HALL | | |
| **Billing Address:** | 20 NEEDLES DR, OCALA, FL 34482 | | |
| **Account Status:** | Active | **Billing Cycle:** | |

### User Information

| | | | |
|---:|:---|---:|:---|
| **MSISDN:** | (352) 209-2321 | **IMSI:** | |
| **MSISDN Active:** | 02/02/2005 - Current | | |
| **Name:** | LESLIE HALL | | |
| **User Address:** | 20 NEEDLES DR, OCALA, FL 34482 | | |
| **Service Start Date:** | 02/02/2005 | **Dealer Info:** | |
| **Payment Type:** | | | |
| **Contact Name:** | | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | JFHLPH@AOL.COM | **Contact Work Email:** | |

### Status Change History

| Status Change Reason | Status Change Date |
|:---:|:---:|
| | |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and
is not for general distribution.