UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUTH SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22cv81 (LMB/WEF) |
| SUNPATH, LTD., | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter is before the Court on Defendant's Motion to Compel Plaintiff's discovery responses. (Dkt. 40.) The Motion was fully briefed, and the Court heard argument of counsel on November 18, 2022.

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**.

**ENTERED** this 18th day of November, 2022.

/s/ William E. Fitzpatrick
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia