# Exhibit D

# Licensee Search

**Chief Financial Officer Jimmy Patronis — Florida Department of Financial Services**

## Licensee Detail

**License #:**

W093252

**Full Name:**

CHUKRAN MANAGEMENT GROUP, LLC.

**Business Address:**

6333 NW 36TH AVE
COCONUT CREEK, FL 33073

**Mailing Address:**

6333 NW 36TH AVE
COCONUT CREEK, FL 33073

**Email:**

KOBI@AMERICANPROTECTIONCORP.COM

**Phone:**

(800) 709-1117 Ext. 101

**County:**

Broward

**NPN #:**

16616751

### Valid Licenses

| Type | Issue Date | Qualifying Appointment |
| --- | --- | --- |

| AUTOMOBILE WARRANTY (0253) | 4/18/2012 | YES |
|---|---|---|

## Active Appointments

### AUTOMOBILE WARRANTY (0253)

| Company Name | Issue Date | Exp Date |
|---|---|---|
| WESCO INSURANCE COMPANY | 4/18/2012 | 4/30/2024 |
| SUNPATH LTD CORP. D/B/A SUNPATH LTD CORP. OF DELAWARE | 9/20/2021 | 9/30/2023 |

## Invalid Licenses

No invalid licenses found.

## Inactive Appointments

### AUTOMOBILE WARRANTY (0253)

| Company Name | Issue Date | Exp Date | Status Date |
|---|---|---|---|
| INTERSTATE NATIONAL DEALER SERVICES OF FLORIDA, INC | 3/17/2014 | 3/31/2020 | 3/3/2020 |
| SUNPATH LTD CORP. D/B/A SUNPATH LTD CORP. OF DELAWARE | 7/13/2017 | 7/31/2021 | 9/18/2021 |
| ENTERPRISE FINANCIAL GROUP OF FLORIDA, INC. | 5/15/2018 | 5/31/2020 | 4/1/2020 |
| UNITED SERVICE PROTECTION, INC. | 5/4/2018 | 5/31/2024 | 7/24/2022 |
| LYNDON SOUTHERN INSURANCE COMPANY | 9/11/2015 | 9/30/2017 | 9/27/2016 |
| CONSUMERS SERVICES OF FLORIDA, INC. | 1/7/2013 | 1/31/2017 | 12/7/2016 |
| ENTERPRISE FINANCIAL GROUP OF FLORIDA, INC. | 2/1/2013 | 2/28/2017 | 1/19/2016 |

## Agency Locations

No Agency Location information found.

Copyright © Florida Department of Financial Services 2018