IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SUNPATH, LTD.**, a Massachusetts corporation,<br><br>Defendant. | Case No. 1:22-cv-00081-LMB-WEF |

**NOTICE OF HEARING ON MOTION FOR CLASS CERTIFICATION**

PLEASE TAKE NOTICE that on Friday, January 20, 2023, at 10:00 am, or as soon thereafter as the undersigned may be heard, Plaintiff Ruth Smith ("Plaintiff") will present to the Court her Motion for Class Certification, on the grounds set forth in the accompanying Memorandum in Support. Given the upcoming holidays, the parties jointly request that the briefing schedule for the Motion be modified as follows: Defendant's opposition to the Motion shall be due on January 6, 2023; and Plaintiff's reply in support of the Motion shall be due on January 13, 2023.

Dated: December 14, 2022

                                        **RUTH SMITH**, individually and on behalf of all others similarly situated,

                                        By:  /s/ *Francis J. Driscoll, Jr.*
                                                  One of Plaintiff's Attorneys

                                        Francis J. Driscoll, Jr.
                                        (frank@driscolllawoffice.com)
                                        4669 South Blvd., Suite 107
                                        Virginia Beach, VA 23452
                                        Telephone: 757-321-0054
                                        Facsimile: 757-321-4020

1

Patrick H. Peluso
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on December 14, 2022.

/s/ Francis J. Driscoll, Jr.