**FINAL PRETRIAL CONFERENCE**

CIVIL ACTION NO.   22cv81                    DATE:   12/15/22

JUDGE: Brinkema

COURT REPORTER:   S. Austin

Start Time:   12:17pm

End Time:   12:26pm

  Ruth Smith                    vs.   SunPtah, Ltd.

APPEARANCES:   Counsel for: Plaintiff (X) Defendant (X)   Pro Se ( )

(X) Case set for trial by **JURY** on **02/15/2023 at 10:00am**   (2 days)

( ) Case set for trial by **COURT** on _____

| | | |
|---|---|---|
| Plaintiff's Witness List filed | x ECF | _ In Open Court |
| Plaintiff's Exhibit List filed | x ECF | _ In Open Court |
| Dft's Witness List filed | x ECF | _ In Open Court |
| Dft's Exhibit List filed | x ECF | _ In Open Court |

Notes:

   Court advised of case status

   Counsel oral request for extension to file objections to witnesses & exhibits is granted

     Pltf oral request to appear by telephone is Granted

     Local counsel must be present in court