IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUTH SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:22-cv-81 (LMB/WEF) |
| | ) |
| SUNPATH, LTD., | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court, defendant's Motion to Strike Plaintiff's Motion for Class Certification [Dkt. No. 57] is GRANTED, and it is hereby

ORDERED that plaintiff's Motion for Class Certification [Dkt. No. 49] be and is STRICKEN. This order is without prejudice, and does not convey an opinion on the merits of any future attempts by plaintiff to certify a similar class in another civil action.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22 day of December, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge