| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALL ID | SESSION ID | DATE | TIME | DNIS | ANI | CALL TYPE | DURATION | HOLD TIM | HANDLE T | ACW TIME | TALK TIME | PARK TIM | CONF. TIM | CONSULT | THIRD PAR | QUEUE TIM | HOLD COU | CONF. CO | PARK COU | CALLS COI | CALLS ABA | DISPOSITI | CAMPAIG | AGENT | AGENT EN |
| 254814 | 3E+14 | 0B76F813D3EA4F | 5/26/2020 | 12:50:09 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254815 | 3E+14 | 18A0EAC11AAD4 | 5/26/2020 | 12:50:09 | | | Outbound | 0:00:34 | 0:00:00 | 0:00:31 | 0:00:00 | 0:00:31 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | Call Back | RAFD | jen77stj@ | jen77stj@ |
| 254816 | 3E+14 | 6AE9E123C7E848 | 5/26/2020 | 12:50:09 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Busy | RAFD | [None] | [Deleted] |
| 254817 | 3E+14 | 9573B01A492148 | 5/26/2020 | 12:50:09 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Busy | RAFD | [None] | [Deleted] |
| 254818 | 3E+14 | FCA1B5AF352A4 | 5/26/2020 | 12:50:14 | | | Outbound | 0:00:03 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | BCICPAC | [None] | [Deleted] |
| 254819 | 3E+14 | FB173585833847 | 5/26/2020 | 12:50:16 | | | Outbound | 0:00:05 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | BCICPAC | [None] | [Deleted] |
| 254820 | 3E+14 | 97B716E2043843 | 5/26/2020 | 12:50:29 | | | Outbound | 0:07:59 | 0:00:00 | 0:08:18 | 0:00:24 | 0:07:54 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | CLOSER_C | TIGER POS | sjaeger@a | sjaeger@a |
| 254821 | 3E+14 | CF110961AFD340 | 5/26/2020 | 12:50:42 | | | Outbound | 0:00:05 | 0:00:00 | 0:00:05 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | RAFD | [None] | [Deleted] |
| 254822 | 3E+14 | D9A210818BFA4( | 5/26/2020 | 12:50:42 | | | Outbound | 0:00:19 | 0:00:00 | 0:00:20 | 0:00:04 | 0:00:16 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | Not Intere | BCICPAC | mconway | mconway |
| 254823 | 3E+14 | 8306C722CAEC40 | 5/26/2020 | 12:50:53 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254824 | 3E+14 | E71355BF0AF248 | 5/26/2020 | 12:50:58 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254825 | 3E+14 | 1387D33BC0F249 | 5/26/2020 | 12:50:58 | | | Outbound | 0:02:05 | 0:00:00 | 0:02:05 | 0:00:04 | 0:02:01 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | Call Back | RAFD | jen77stj@ | jen77stj@ |
| 254826 | 3E+14 | E0E2982A73E247 | 5/26/2020 | 12:50:58 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254827 | 3E+14 | 793D36A1FA0647 | 5/26/2020 | 12:50:58 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254828 | 3E+14 | 93E68C4F758548 | 5/26/2020 | 12:51:28 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254829 | 3E+14 | 769B03E8571045 | 5/26/2020 | 12:51:28 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254830 | 3E+14 | B95B170A73754A | 5/26/2020 | 12:51:58 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | BCICPAC | [None] | [Deleted] |
| 254831 | 3E+14 | 30A7459554EF42 | 5/26/2020 | 12:51:59 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | BCICPAC | [None] | [Deleted] |
| 254832 | 3E+14 | 1544F4EE85A242 | 5/26/2020 | 12:52:08 | 3107340319 | 7037289650 | Inbound | 0:00:08 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:07 | 0 | 0 | 0 | 0 | 1 | Abandon | TIGER LIVE | [None] | [Deleted] |
| 254833 | 3E+14 | 36483415580347 | 5/26/2020 | 12:52:29 | | | Outbound | 0:00:03 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | BCICPAC | [None] | [Deleted] |
| 254834 | 3E+14 | 054782FAC57647 | 5/26/2020 | 12:52:29 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | BCICPAC | [None] | [Deleted] |
| 254835 | 3E+14 | 5D16394FE2304E | 5/26/2020 | 12:52:50 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | BCICPAC | [None] | [Deleted] |
| 254836 | 3E+14 | D9ABE0CA31FC4 | 5/26/2020 | 12:52:59 | | | Outbound | 0:00:03 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | BCICPAC | [None] | [Deleted] |
| 254837 | 3E+14 | E72650948F4645 | 5/26/2020 | 12:53:08 | | | Inbound | 0:00:06 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | Caller Dis | Main Toll | [None] | [Deleted] |
| 254838 | 3E+14 | 5BD70F02E24F40 | 5/26/2020 | 12:53:20 | | | Outbound | 0:00:02 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | RAFD | [None] | [Deleted] |
| 254839 | 3E+14 | C718B30EE29D44 | 5/26/2020 | 12:53:25 | | | Inbound | 0:00:20 | 0:00:00 | 0:00:18 | 0:00:00 | 0:00:18 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:02 | 0 | 0 | 0 | 1 | 0 | Call Back | Inbound S | mconway | mconway |
| 254840 | 3E+14 | B63537DC6E914D | 5/26/2020 | 12:53:32 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254841 | 3E+14 | C73D33600A4A4 | 5/26/2020 | 12:53:45 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | BCICPAC | [None] | [Deleted] |
| 254842 | 3E+14 | 8B45A52FC1A442 | 5/26/2020 | 12:53:45 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254843 | 3E+14 | 42D4408DD8844I | 5/26/2020 | 12:53:47 | | | Outbound | 0:00:37 | 0:00:00 | 0:00:45 | 0:00:11 | 0:00:34 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | Not Intere | BCICPAC | jen77stj@ | jen77stj@ |
| 254844 | 3E+14 | 6A7FC4666EF849 | 5/26/2020 | 12:53:47 | | | Outbound | 0:00:06 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:01 | 0 | 0 | 0 | 0 | 1 | Abandon | BCICPAC | [None] | [Deleted] |
| 254845 | 3E+14 | F6CE681707DF49 | 5/26/2020 | 12:53:47 | | | Outbound | 0:00:03 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | Answerin | BCICPAC | [None] | [Deleted] |
| 254846 | 3E+14 | 3ED035D2DED54 | 5/26/2020 | 12:54:01 | | | Inbound | 0:05:17 | 0:00:00 | 0:05:33 | 0:00:18 | 0:05:15 | 0:00:00 | 0:00:06 | 0:00:15 | 0:00:00 | 0:00:01 | 0 | 1 | 0 | 1 | 0 | DNC | Inbound S | dcoletta@ | dcoletta@ |
| 254847 | 3E+14 | D5BE498BD0674I | 5/26/2020 | 12:54:38 | | | Outbound | 0:00:15 | 0:00:00 | 0:00:13 | 0:00:02 | 0:00:10 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 1 | 0 | Call Back | L2 Campai | mleroy@a | mleroy@a |
| 254848 | 3E+14 | 849348B9F7E441 | 5/26/2020 | 12:54:38 | | | Outbound | 0:00:10 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:06 | 0 | 0 | 0 | 1 | 0 | Caller Dis | L2 Campai | [None] | [Deleted] |
| 254849 | 3E+14 | BBBD146670774F | 5/26/2020 | 12:54:46 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |
| 254850 | 3E+14 | A67CC21ABD8C4 | 5/26/2020 | 12:54:46 | | | Outbound | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0:00:00 | 0 | 0 | 0 | 0 | 0 | No Answe | RAFD | [None] | [Deleted] |

AmericanProtectionCorporation2-