

# American Protection Corp. Sales Script

Hi _____ this is _____, thank you for calling American Protection Corp. How may I direct your call?

**DISCOVERY**

- What is the <Year>, <Make>, <Model> of your vehicle?
- About how many miles do you currently have?
- Are you the original owner?
- How many miles do you drive a year/month?
- Has your car had any problems or broken down?
- Do you keep up with regular maintenance and oil changes.

Great! You qualify for the _____ protection plan! Your <Model> will be covered for the next \_\_\_\_ years and additional _____ miles. This plan covers your <REFER TO PLAN COVERAGE DETAILS>: engine, transmission, front and rear drive axe assembly, your air conditioning system, your electrical components, alternator, starter, power door locks, power window motors, cooling system, fuel delivery system right down to all the seals and gaskets on your <Model>.

You can bring your <Mode> to any licensed repair facility of your choice. As long as they are ASE certified and licensed.

**Also included with your plan:**

• Towing

• 24 hr. road side assistance- covers towing, jump start, Gas, lock out.

• Rental car reimbursement up to 5 days per claim

Do you any other questions about the coverage before we talk about the price?

You can get this policy started today for $_____. If you pay that in full today we do offer an additional discount, But if you do not have the means to do so for we do offer no-fee payment plans that will allow you to put a small down payment and make monthly payments over the next year or two.

I can give you two options. The down payment is $_____ and I can give you either 18 monthly installments at $_____ per month OR 24 monthly installments at $_____ per month.

You will also receive a 30-day review period and 100% money back guaranteed. I will be your account manager for the life time of the policy and you can reach me any time with any questions or assistance you may need.

**VERIFICATION SCRIPT**

• Congratulations on your purchase | Must Get Verbal authorization to run payment

• Will receive policy card, booklet, and contract. GIVE DIRECT PHONE # & Ext.



# American Protection Corp. Sales Script

Hi _____this is _____, thank you for calling American Protection Corp. How may I direct your call?

**DISCOVERY**

- What is the <Year>, <Make>, <Model> of your vehicle?
- About how many miles do you currently have?
- Are you the original owner?
- How many miles do you drive a year/month?
- Has your car had any problems or broken down?
- Do you keep up with regular maintenance and oil changes.

Great! You qualify for the _____ protection plan! Your <Model> will be covered for the next \_\_\_\_ years and additional _____ miles. This plan covers your <REFER TO PLAN COVERAGE DETAILS>: engine, transmission, front and rear drive axe assembly, your air conditioning system, your electrical components, alternator, starter, power door locks, power window motors, cooling system, fuel delivery system right down to all the seals and gaskets on your <Model>.

You can bring your <Mode> to any licensed repair facility of your choice. As long as they are ASE certified and licensed.

**Also included with your plan:**

• Towing

• 24 hr. road side assistance- covers towing, jump start, Gas, lock out.

• Rental car reimbursement up to 5 days per claim

Do you any other questions about the coverage before we talk about the price?

You can get this policy started today for $_____. If you pay that in full today we do offer an additional discount, But if you do not have the means to do so for we do offer no-fee payment plans that will allow you to put a small down payment and make monthly payments over the next year or two.

I can give you two options. The down payment is $_____ and I can give you either 18 monthly installments at $_____ per month OR 24 monthly installments at $_____ per month.

You will also receive a 30-day review period and 100% money back guaranteed. I will be your account manager for the life time of the policy and you can reach me any time with any questions or assistance you may need.

**VERIFICATION SCRIPT**

• Congratulations on your purchase | Must Get Verbal authorization to run payment

• Will receive policy card, booklet, and contract. GIVE DIRECT PHONE # & Ext.