# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **SUNPATH, LTD.,** a Massachusetts corporation, *Defendant*. | Case No. 1:22-cv-00081 (LMB/WEF) |

## NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on Friday, January 20, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant SunPath, Ltd. will present its Motion for Summary Judgment ("Motion"), on the grounds set forth in the accompanying Memorandum in Support. The parties jointly request the following briefing schedule for the Motion: Plaintiff's opposition to the Motion shall be due January 6, 2023; and Defendant's Reply in support of the Motion shall be due January 13, 2023.

Counsel for the parties conferred via telephone in compliance with Local Rule 7(E) prior to filing.

Dated December 23, 2022

Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Gregory M. Caffas*
Gregory M. Caffas (VSB No. 92142)
Mitchell N. Roth (VSB No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
gcaffas@rothjackson.com
mroth@rothjackson.com

Joseph P. Bowser (VSB No. 88399)
ROTH JACKSON
1519 Summit Ave., Ste. 102
Richmond, VA 23230
804-441-8701
804-441-8438 (fax)
jbowser@rothjackson.com

*Counsel for SunPath, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the above and foregoing Notice of Hearing on SunPath, Ltd.'s Motion for Summary Judgment to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on December 23, 2022.

/s/ *Gregory M. Caffas*
Gregory M. Caffas