IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SUNPATH, LTD.**, a Massachusetts corporation,<br><br>Defendant. | Case No. 1:22-cv-00081-LMB-WEF |

### DEFENDANT SUNPATH, LTD.'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBIT LIST

Pursuant to the Court's Order dated August 5, 2022, ECF No. 25, Defendant SunPath Ltd. ("SunPath"), by counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), sets forth the following objections to Plaintiff's Trial Exhibit List, ECF. No. 54.

| Ex. # | Bates # | Description | SunPath's Objections |
|---|---|---|---|
| 1 | N/A | Stipulated Facts | |
| 2 | SMITH000022-26 | May 28, 2020, 6:03 pm Email (w/link to website) | Fed. R. Evid. 802 – Hearsay |
| 3 | SMITH000029-30 | June 11, 2020 Email | |
| 4 | SMITH000021 | National Do Not Call Registry – Registration Confirmation | |
| 5 | SMITH000027 | Call Recording | Fed. R. Evid. 802 – Hearsay |
| 6 | SMITH000028 | Call Recording | Fed. R. Evid. 802 – Hearsay |
| 7 | SMITH000031-36 | Notes of Calls | Fed. R. Evid. 802 – Hearsay |
| 8 | N/A | Plaintiff's Objections and Responses to Defendant's First Set of Discovery Requests | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 802 – Hearsay |
| 9 | N/A | Plaintiff's First Supplemental Objections and Responses to Defendant's First Set of Discovery Requests | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 802 – Hearsay |

1

| | | | |
|---|---|---|---|
| 10 | N/A | Plaintiff's Second Supplemental Objections and Responses to Defendant's First Set of Discovery Requests | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 802 – Hearsay |
| 11 | N/A | Plaintiff's Third Supplemental Objections and Responses to Defendant's First Set of Discovery Requests | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 802 – Hearsay |
| 12 | N/A | Call Center Marketing Agreement (with Standards of Conduct) | |
| 13 | N/A | Defendant's Responses to Plaintiff's First Set of Discovery Requests | |
| 14 | N/A | Defendant's Supplemental Responses to Plaintiff's First Set of Discovery Requests | |
| 15 | N/A | CALL CENTER MARKETING AGREEMENT.pdf | |
| 16 | N/A | SELLER AGREEMENT.pdf | Fed. R. Evid. 402 – Relevance |
| 17 | N/A | American Protection Corp Sales Script.docx | Fed. R. Evid. 802 – Hearsay |
| 18 | N/A | American Protection Corp.pdf | |
| 19 | N/A | DNC Policy.pdf | |
| 20 | N/A | CRM tabs expanded_001.pdf | |
| 21 | N/A | Appointment by sunpath_001.pdf | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 802 – Hearsay |
| 22 | N/A | American Protection Florida Appointment for Sunpath - Licensee Detail.pdf | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 802 – Hearsay |
| 23 | N/A | Postcard.pdf | |
| 24 | N/A | Letter1.pdf | |
| 25 | N/A | Gmail – Email Quote Summary.pdf (May 28, 2020, 3:30 pm Email) | Fed. R. Evid. 802 – Hearsay |
| 26 | N/A | AmericanProtectionCorporation2-20180501-20180531.csv | Fed. R. Evid. 402 – Relevance |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 27 | N/A | AmericanProtectionCorporation2-20180601-20180630.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 28 | N/A | AmericanProtectionCorporation2-20180701-20180731.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 29 | N/A | AmericanProtectionCorporation2-20180801-20180831.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 30 | N/A | AmericanProtectionCorporation2-20180901-20180930.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 31 | N/A | AmericanProtectionCorporation2-20181001-20181031.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 32 | N/A | AmericanProtectionCorporation2-20181101-20181130.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 33 | N/A | AmericanProtectionCorporation2-20181201-20181231.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 34 | N/A | AmericanProtectionCorporation2-20190101-20190131.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 35 | N/A | AmericanProtectionCorporation2-20190201-20190228.csv | Fed. R. Evid. 402 – Relevance |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 36 | N/A | AmericanProtectionCorporation2-20190301-20190331.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 37 | N/A | AmericanProtectionCorporation2-20190402-20190430.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 38 | N/A | AmericanProtectionCorporation2-20190501-20190531.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 39 | N/A | AmericanProtectionCorporation2-20190601-20190630.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 40 | N/A | AmericanProtectionCorporation2-20190701-20190731.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 41 | N/A | AmericanProtectionCorporation2-20190801-20190831.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 42 | N/A | AmericanProtectionCorporation2-20190901-20190930.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 43 | N/A | AmericanProtectionCorporation2-20191001-20191031.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 44 | N/A | AmericanProtectionCorporation2-20191101-20191130.csv | Fed. R. Evid. 402 – Relevance |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 45 | N/A | AmericanProtectionCorporation2-20191201-20191231.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 46 | N/A | AmericanProtectionCorporation2-20200101-20200131.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 47 | N/A | AmericanProtectionCorporation2-20200201-20200229.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 48 | N/A | AmericanProtectionCorporation2-20200301-20200331.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 49 | N/A | AmericanProtectionCorporation2-20200402-20200430.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 50 | N/A | AmericanProtectionCorporation2-20200501-20200531.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 51 | N/A | AmericanProtectionCorporation2-20200601-20200630.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 52 | N/A | AmericanProtectionCorporation2-20200701-20200731.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 53 | N/A | AmericanProtectionCorporation2-20200801-20200831.csv | Fed. R. Evid. 402 – Relevance |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 54 | N/A | AmericanProtectionCorporation2-20200901-20200930.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 55 | N/A | AmericanProtectionCorporation2-20201001-20201031.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 56 | N/A | AmericanProtectionCorporation2-20201101-20201130.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 57 | N/A | AmericanProtectionCorporation2-20201201-20201231.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 58 | N/A | AmericanProtectionCorporation2-20210101-20210131.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 59 | N/A | AmericanProtectionCorporation2-20210201-20210228.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 60 | N/A | AmericanProtectionCorporation2-20210301-20210331.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 61 | N/A | AmericanProtectionCorporation2-20210402-20210430.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 62 | N/A | AmericanProtectionCorporation2-20210501-20210531.csv | Fed. R. Evid. 402 – Relevance |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 63 | N/A | AmericanProtectionCorporation2-20210601-20210630.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 64 | N/A | AmericanProtectionCorporation2-20210701-20210731.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 65 | N/A | AmericanProtectionCorporation2-20210801-20210831.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 66 | N/A | AmericanProtectionCorporation2-20210901-20210930.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 67 | N/A | AmericanProtectionCorporation2-20211001-20211031.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 68 | N/A | AmericanProtectionCorporation2-20211101-20211130.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 69 | N/A | AmericanProtectionCorporation2-20211201-20211231_part_1.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 70 | N/A | AmericanProtectionCorporation2-20211201-20211231_part_2.csv | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 71 | N/A | Five9_AmericanProtection_000001.xlsx | Fed. R. Evid. 402 – Relevance |

| | | | |
|---|---|---|---|
| | | | Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |
| 72 | NA | Summary of Five9 call records relating to Plaintiff's phone number | Fed. R. Evid. 402 – Relevance<br>Fed. R. Evid. 403 – More Prejudicial than Probative<br>Fed. R. Evid. 602 – Lack of Foundation<br>Fed. R. Evid. 701 – Improper Lay Witness Opinion<br>Fed. R. Evid. 802 – Hearsay |

Dated: December 30, 2022

Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Mitchell N. Roth*
Mitchell N. Roth (VSB No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
gcaffas@rothjackson.com
mroth@rothjackson.com

Joseph P. Bowser (VSB No. 88399)
Carl Taylor Smith (VSB No. 97376)
ROTH JACKSON
1519 Summit Ave., Ste. 102
Richmond, VA 23230
804-441-8701
804-441-8438 (fax)
jbowser@rothjackson.com
tsmith@rothjackson.com

*Counsel for SunPath, Ltd.*

13

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the above and foregoing Defendant SunPath, Ltd.'s Objections to Plaintiff's Trial Exhibit List to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on December 30, 2022.

/s/ *Mitchell N. Roth*
Mitchell N. Roth
