# Exhibit B

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       ALEXANDRIA DIVISION
RUTH SMITH, individually and
on behalf of all others        Case No. 1:22-cv-00081-LMB-WEF
similarly situated,
     Plaintiff,
vs.
SUNPATH, LTD, a Massachusetts
corporation,

     Defendant.
```

---

VIDEOCONFERENCED 30(b)(6) DEPOSITION OF SUNPATH, LTD
(through ANDREW GARCIA)
December 8, 2022

---

VIDEOCONFERENCED APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
    PATRICK H. PELUSO, ESQ.
    Woodrow & Peluso, LLC
    3900 E. Mexico Avenue, Suite 300
    Denver, Colorado  80210
    Phone: 720-213-0675
    Email: ppeluso@woodrowpeluso.com

ON BEHALF OF THE DEFENDANT:
    GREGORY CAFFAS, ESQ.
    Roth Jackson Gibbons Condlin
    8200 Greensboro Drive, Suite 820
    McLean, Virginia  22102
    Phone:  703-485-3535
    Email:  gcaffas@rothjackson.com

Also Present:  Paul Sporn, Esq.

1  can answer to the extent you're able to, Andrew.
2         A.   I assume so.
3         Q.   (By Mr. Peluso)  Okay.  All right.  We can
4  move on.  Just real quickly, this document that I've
5  labeled Exhibit 4, can you see it?
6         A.   Yep.
7         Q.   It is a two-, three-page document.  I think
8  it's three, but the third page is just blank.  Have you
9  seen this before?
10        A.   I don't believe so, no.
11        Q.   Okay.  Well, let's take -- take a look at
12 it together then.  Okay?
13             You'll see that it says "Licensee Search"
14 at the top.  And then it says -- you notice there's a
15 stamp that says "Chief Financial Officer, Florida
16 Department of Financial Services."  Do you see that?
17        A.   Yep.
18        Q.   So I'll represent to you that this is a --
19 a printout -- a screenshot of a website operated by the
20 Florida Department of Financial Services where you're able
21 to search for licensees in that state.  And as you'll see,
22 the -- the first page, you know, the title says "Licensee
23 Detail" and then there's a license number, and then a full
24 name of Chukran Management Group, LLC.  Do you see that?
25        A.   Yep.

```
 1          Q.   So we're looking at the licensee details
 2   for Chukran Management Group, which is the entity that's a
 3   party to the contract that we just reviewed as Exhibit 3.
 4          A.   Okay.
 5          Q.   Scrolling down, it's kind of split between
 6   the first and second page, but, you know, it says valid
 7   licenses.  The type of license is automobile warranty.
 8   And then it says active appointments, automobile warranty,
 9   and then there's two companies listed there.  One says
10   Wesco Insurance Company, and then the second one says
11   SunPath Ltd Corp d/b/a SunPath Ltd Corp of Delaware.
12               Do you see that?
13          A.   Yep.
14          Q.   Safe to say that that is your company,
15   SunPath?
16          A.   Yes.
17          Q.   Do you have any knowledge of -- of what a
18   licensee appointment in this context means and why SunPath
19   would be listed?
20          A.   Yes.
21          Q.   Can you explain that to me?
22          A.   Because Florida requires that they be
23   appointed to sell there if they want to sell products in
24   Florida.
25          Q.   Okay.  So is it -- is it accurate to say
```

Page 30

```
 1   that in order to sell SunPath products in Florida, there
 2   has to be a licensee appointment affiliating the entity
 3   with SunPath?
 4           MR. CAFFAS:  I'm going to object to the
 5   extent that it calls for a legal conclusion, object to the
 6   extent it's not relevant, and object to the extent it
 7   calls for speculation.  But, Andrew, you can answer to the
 8   extent you're able to.
 9       A.  Yeah.  I know that they have to get
10   appointed and they need to have a license for Florida, but
11   what that means legally, I have no idea.
12       Q.  (By Mr. Peluso)  Right.  Okay.  Is SunPath
13   involved in the process of being listed as an active
14   appointment with the State of Florida, or is that
15   something that the third party just kind of handles?
16           MR. CAFFAS:  Before you answer, Andrew,
17   I'll also raise the objection of relevance before you
18   answer, but you can answer to the extent you're able to.
19       A.  We confirmed that they obtained the license
20   when they request signup to, you know, get access to our
21   products.
22       Q.  (By Mr. Peluso)  Is there any paperwork
23   that SunPath has to file with the State of Florida in
24   order to get this appointment active?
25           MR. CAFFAS:  Objection again, relevance and
```

Page 31

```
 1   to the extent it calls for speculation.  You can answer,
 2   Andrew.
 3           A.   Yeah.  Our attorney handles it after we
 4   find out if they have a license.  I don't know the exact
 5   process.
 6           Q.   (By Mr. Peluso)  Okay.  But SunPath is
 7   involved in that appointment process, even if it's just
 8   handled by SunPath's in-house attorney; correct?
 9           MR. CAFFAS:  Objection.  Again, relevance.
10   Objection on the grounds of speculation and on the grounds
11   that it misstates the witness's testimony.  You can answer
12   to the extent you're able to, Andrew.
13           A.   I know we have to get the license from the
14   entity, and I don't know what happens after that.
15           Q.   (By Mr. Peluso)  Would anyone at SunPath
16   know?
17           A.   Our attorney.
18           Q.   Okay.  What is that attorney's name?
19           A.   Paul Sporn.
20           Q.   And then on that "Active Appointment" tab
21   there, you know, next to SunPath, it says there's an issue
22   date of 9/20/2021, and then I guess it expires on
23   9/30/2023.  Do you see that?
24           A.   Yeah.
25           Q.   If we go down to sort of the bottom of that
```

Page 32

1  like to go through these topics with you.
2           Topic 1 says, "All telephone calls you or
3  any third party acting on your behalf caused to be made to
4  plaintiff."
5           Did SunPath place any calls to plaintiff?
6       A.  No.  We don't -- we don't make any phone
7  calls unless it's for people who have called us about
8  claims.
9       Q.  Right.  That's my understanding, as well.
10 So SunPath does not do outbound telemarketing itself;
11 correct?
12      A.  No.  Nobody makes calls on our behalf,
13 either.
14      Q.  Okay.  I think we could disagree on that,
15 but --
16           MR. CAFFAS:  Objection to form.
17      Q.  (By Mr. Peluso)  Any legal conclusions
18 about "on behalf of" are not really what I'm asking about.
19           So safe to say SunPath doesn't make
20 telemarketing calls?  Any calls that it would make would
21 just be sort of direct calls with its customers if someone
22 calls in with an issue about a claim or something like
23 that?
24      A.  Yes.  And no one makes calls for us,
25 either.  On behalf.

```
 1   CRM or somehow --
 2           A.   We don't -- we don't have any access to
 3   that.  The CRM will send us a file weekly of sales that
 4   it's gotten from the contractor.
 5           Q.   Those weekly files, are they just sent over
 6   email?
 7           A.   I do not believe they are sent by email.
 8   They are more secure than that.  They are put into like
 9   FTP folders.
10           Q.   Okay.  Approximately how many persons
11   during the duration of this relationship were sold a
12   SunPath service contract by American Protection and then
13   had their -- had that sale reflected in these weekly file
14   transfers?
15                MR. CAFFAS:  Before you answer, Andrew,
16   I'll object to relevance.  I'll object to the extent it
17   calls for speculation.  You can answer to the extent
18   you're able.
19           A.   I don't know.  Probably in the range of a
20   few hundred, maybe.
21           Q.   (By Mr. Peluso)  A few hundred total?
22           A.   I said a few hundred.  I don't -- I don't
23   know offhand how many contracts they actually sold, but
24   it's a pretty small amount.
25           Q.   Okay.  I just want to make sure we're clear
```

```
 1   with you about is Topic 24 here, that says, "Your sources
 2   of revenue, including the portion of your revenue that is
 3   generated from sales made by third parties acting on your
 4   behalf."
 5               So just, you know, to sort of -- to frame
 6   this a little bit, I'm not asking you to disclose
 7   SunPath's total revenue; right?  Give me a number.  I'm
 8   not asking that.  And I -- I understand sort of your
 9   consistent statement through this deposition that third
10   parties don't act on your behalf.  So let's sort of
11   reframe this to -- a way that I think everyone can agree.
12               I'm interested in understanding the portion
13   of SunPath's revenue that is generated from sales made by
14   third parties who sell SunPath's service contracts.
15               Is that 100 percent of SunPath's revenue?
16   Is it 10 percent?  What sort of chunk of its revenue do
17   you think is generated by third-party sales?
18        A.    100 percent of our revenue is from third
19   parties because we don't do any selling.
20               MR. PELUSO:  Okay.  Easy enough.  I don't
21   really have anything else.  I'll turn it over to Greg.
22                             EXAMINATION
23   BY MR. CAFFAS:
24        Q.    Great.  First things first.  I just want to
25   address that last line of questioning that Pat just
```