# Exhibit E

-------- Original Message --------

**Subject:** FW: eAppoint Filing Submitted Successfully
**Date:** 2021-09-20 12:16 PM
**From:** Paul Sporn <PSporn@mysunpath.com>
**To:** Kobi Chukran <kobi@americanprotectioncorp.com>
**Cc:** Joe Abraham <jabraham@mysunpath.com>

Kobi:

I completed the re-appointment this morning. Apologies for the confusion.

Thank you.

PS

*Paul E. Sporn*

**General Counsel**

**50 Braintree Hill Office Park Suite 310**

**Braintree Ma 02184**

781-817-4511

**From:** Florida Department of Financial Services <eAppoint@fldfs.com>
**Sent:** Monday, September 20, 2021 12:15 PM
**To:** Paul Sporn <PSporn@mysunpath.com>
**Subject:** eAppoint Filing Submitted Successfully

**Congratulations, your eAppoint Filing has been submitted successfully.**

**Filing Details:**

**Filing Type:** New Appointments

**Appointing Entity Name:** SUNPATH LTD CORP. D/B/A SUNPATH LTD CORP. OF DELAWARE

**Date Created:** 09/20/2021

If you did not authorize this filing, someone has mistakenly filed using your email address. We regret the inconvenience. Please do **NOT** reply to this message as it is coming from an unmonitored email address. Please forward this email to AgentLicensing@MyFloridaCFO.com and advise of your request.