# Exhibit K

**From:** Ruth Smith <rdssmith@gmail.com>
**Date:** June 11, 2020 at 7:49:00 AM CDT
**To:** sjaeger@americanprotectioncorp.com
**Subject: Re: American Protection Corp. Quote Summary**

Samantha,

I am contacting you to let you know that I am not interested in purchasing any vehicle protection/warrenty for my car.

Do not call me anymore.

Ruth

> On May 28, 2020, at 6:03 PM, American Automotive Protection <sjaeger@americanprotectioncorp.com> wrote:



American Protection Corp. | Toll Free: (800) 427-1806 | www.AmericanProtectionCorp.com

**Extended Service Protection**

Dear Ruth,

Thank you for taking the time to discuss your vehicle protection needs. Please review your information to confirm it is accurate. If you have any questions or require assistance, feel free to contact us at (800) 427-1806

We are a nationwide provider aligned with A+ carriers, rated by AM Best and the Better Business Bureau. AM Best is the leader in Insurance ratings and is a great indicator for solid financial strength. When looking for any insurance product, financial stability should be of utmost importance; after all, you will need us to be there down the road to pay your claims.

American Protection carries an **A+ rating with BBB** since 2007. You can buy from us with complete confidence knowing you are getting the most comprehensive coverage at the lowest possible rates. That's peace of mind.

Sincerely,

Samantha Jeager
American Automotive Protection
(800) 427-1806   Ext. 1190
sjaeger@americanprotectioncorp.com
http://www.AmericanProtectionCorp.com

**Vehicle Summary**

**Vehicle**
Make: 2016 BMW
Model: 228
Odometer: 9,500
Vin:

**Coverage Plan**
Plan: Diamond
Expiration Date: 6/27/2024
Expiration Miles: 76,000
Deductible: $100.00

**Plan Cost**
| | |
|---|---:|
| Subtotal: | $3,589.00 |
| Tax: | $0.00 |
| Total: | $3,589.00 |
| Down Payment: | $99.00 |
| Payments: | 30 |
| Monthly Payment: | $116.33 |

**Important Benefits**

- Pays directly to the repair facility of YOUR Choice
- Accepted anywhere in the U.S. or Canada
- 30-Day Review
- Transferrable coverage
- Low deductible options
- Complimentary 24X7 Roadside-Assistance

SMITH000029

- Complimentary Car Rental & Towing
- Complimentary Power Door / Tire Protection
- 100% Money-Back Guarantee
- Lowest-prices Guarantee

**Email Sent To**

Response Code: 617RC12986
Ruth Smith
12000 Market St
Reston,VA 20190
(703) 728-9650

BUY NOW

American Automotive Protection and the Logo are registered trademarks of American Automotive Protection.

SMITH000030