# Exhibit L



# Transcript of Ruth Smith

**Date:** December 2, 2022
**Case:** Smith -v- SunPath, Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF VIRGINIA
 3                        Alexandria Division
 4    ---------------------------x
 5    RUTH SMITH, individually    :
 6    and on behalf of all        :
 7    others similarly situated,  :
 8               Plaintiffs,      : Case No.:
 9      v.                        : 1:22-cv-00081-LMB-TCB
10    SUNPATH, LTD., a            :
11    Massachusetts corporation,  :
12               Defendant.       :
13    ---------------------------x
14
15               Deposition of RUTH SMITH
16                    McLean, Virginia
17               Friday, December 2, 2022
18                     9:56 a.m. EST
19
20    Job No:  472707
21    Pages:  1 - 213
22    Reported by:  Kelly Carnegie, CSR, RPR
```

Transcript of Ruth Smith
December 2, 2022                                                    53

```
 1              (Discussion off the record from 11:00
 2   a.m. to 11:00 a.m.)
 3              MR. CAFFAS:  Let's go back on the
 4   record.
 5              Can you reread my last question, Kelly.
 6              (The reporter read the requested
 7   testimony.)
 8   BY MR. CAFFAS:
 9         Q    Why would you have to refer to your
10   notes?
11         A    For the exact language.
12         Q    Do you remember anything about the
13   language that led you to make that statement that
14   the purpose of the call was to solicit the sale of
15   SunPath's vehicle service contracts?
16         A    Based on my memory, they gave the name
17   of the company and what they were -- what they
18   were -- I think what they were selling.
19         Q    When you say the name of the company,
20   what was the name of the company?
21         A    SunPath.
22         Q    You say that they used the word
```