Exhibit M





Inline CRM
AmericanProtection
You Have 0 Alerts
Clocked Out
Kobi Chukran
Home Page
Search
Quick Quote
Sales
Leads
Contacts
Quotes
Policies
Contacts
Search
Contact 1 of 1
Add Vehicle
This Customer is on the Global DNC List, Added 4/19/2022 with the reason of Known Litigator by Marketer. View Entry
Campaign: American Protection Corp : GMS : Direct Mail : 5/22/2020 : 617RC12986
First Name: Ruth
Last Name: Smith
Prefix:
Disposition: Emailed Quote
Middle Name:
Suffix:
Address 1: 12000 Market St
City: Reston
Zip: 20190
Address 2: apt 356
State: VA - Virginia
Status: Quoted
Phone 1: (703) 728-9650
Phone 2:
Email: rdssmith@gmail.com
Year Make Model Status VIN Odometer MSRP Verified
2016 BMW 228 Quoted 9,500 $32,850
Details Quotes Policies Campaigns Payment Methods Activity (2) History
Policy Total Adjustment Down Pmt Finance Pmt Effective Date Cancel Date Policy Number Status Type
No records to display.

Inline CRM
AmericanProtection
You Have 0 Alerts
Clocked Out
Kobi Chukran
Home Page
Search
Quick Quote
Sales
Leads
Contacts
Quotes
Policies
Contacts
Search
Contact 1 of 1
Add Vehicle
This Customer is on the Global DNC List, Added 4/19/2022 with the reason of Known Litigator by Marketer. View Entry
Campaign: American Protection Corp : GMS : Direct Mail : 5/22/2020 : 617RC12986
First Name: Ruth
Last Name: Smith
Prefix:
Disposition: Emailed Quote
Middle Name:
Suffix:
Address 1: 12000 Market St
City: Reston
Zip: 20190
Address 2: apt 356
State: VA - Virginia
Status: Quoted
Phone 1: (703) 728-9650
Phone 2:
Email: rdssmith@gmail.com
Year Make Model Status VIN Odometer MSRP Verified
2016 BMW 228 Quoted 9,500 $32,850
Details Quotes Policies Campaigns Payment Methods Activity (2) History
Campaign Campaign Type Campaign Date Response Code Response Date Response User Affiliate Vehicle
GMS Direct Mail 5/22/2020 617RC12986 5/26/2020 4:45 PM Samantha Jeager American Protection Corp









