# Exhibit C



## Planet Depos®
We Make It *Happen*™

# Transcript of Ruth Smith

**Date:** December 2, 2022
**Case:** Smith -v- SunPath, Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                     Alexandria Division

4     ---------------------------x

5     RUTH SMITH, individually    :

6     and on behalf of all        :

7     others similarly situated,  :

8                   Plaintiffs, : Case No.:

9       v.                       : 1:22-cv-00081-LMB-TCB

10    SUNPATH, LTD., a            :

11    Massachusetts corporation, :

12                   Defendant.   :

13    ---------------------------x

14

15              Deposition of RUTH SMITH

16                  McLean, Virginia

17             Friday, December 2, 2022

18                   9:56 a.m. EST

19

20    Job No:  472707

21    Pages:  1 - 213

22    Reported by:  Kelly Carnegie, CSR, RPR
```

1              (Discussion off the record from 11:00

2       a.m. to 11:00 a.m.)

3              MR. CAFFAS:  Let's go back on the

4       record.

5              Can you reread my last question, Kelly.

6              (The reporter read the requested

7       testimony.)

8       BY MR. CAFFAS:

9          Q    Why would you have to refer to your

10      notes?

11         A    For the exact language.

12         Q    Do you remember anything about the

13      language that led you to make that statement that

14      the purpose of the call was to solicit the sale of

15      SunPath's vehicle service contracts?

16         A    Based on my memory, they gave the name

17      of the company and what they were -- what they

18      were -- I think what they were selling.

19         Q    When you say the name of the company,

20      what was the name of the company?

21         A    SunPath.

22         Q    You say that they used the word