# Exhibit F













