# Exhibit I

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF VIRGINIA
 3                      ALEXANDRIA DIVISION
 4   RUTH SMITH, individually and
     on behalf of all others       Case No. 1:22-cv-00081-LMB-WEF
 5   similarly situated,
 6         Plaintiff,
 7   vs.
 8   SUNPATH, LTD, a Massachusetts
     corporation,
 9
           Defendant.
10   ─────────────────────────────────────────────────────────
11     VIDEOCONFERENCED 30(b)(6) DEPOSITION OF SUNPATH, LTD
                      (through ANDREW GARCIA)
12                       December 8, 2022
     ─────────────────────────────────────────────────────────
13
     VIDEOCONFERENCED APPEARANCES:
14
     ON BEHALF OF THE PLAINTIFF:
15         PATRICK H. PELUSO, ESQ.
           Woodrow & Peluso, LLC
16         3900 E. Mexico Avenue, Suite 300
           Denver, Colorado  80210
17         Phone: 720-213-0675
           Email: ppeluso@woodrowpeluso.com
18
     ON BEHALF OF THE DEFENDANT:
19         GREGORY CAFFAS, ESQ.
           Roth Jackson Gibbons Condlin
20         8200 Greensboro Drive, Suite 820
           McLean, Virginia  22102
21         Phone:  703-485-3535
           Email:  gcaffas@rothjackson.com
22
     Also Present:  Paul Sporn, Esq.
23
24
25
                                                          Page 1
```

Veritext Legal Solutions
303-988-8470

```
 1   with you about is Topic 24 here, that says, "Your sources
 2   of revenue, including the portion of your revenue that is
 3   generated from sales made by third parties acting on your
 4   behalf."
 5             So just, you know, to sort of -- to frame
 6   this a little bit, I'm not asking you to disclose
 7   SunPath's total revenue; right?  Give me a number.  I'm
 8   not asking that.  And I -- I understand sort of your
 9   consistent statement through this deposition that third
10   parties don't act on your behalf.  So let's sort of
11   reframe this to -- a way that I think everyone can agree.
12             I'm interested in understanding the portion
13   of SunPath's revenue that is generated from sales made by
14   third parties who sell SunPath's service contracts.
15             Is that 100 percent of SunPath's revenue?
16   Is it 10 percent?  What sort of chunk of its revenue do
17   you think is generated by third-party sales?
18        A.   100 percent of our revenue is from third
19   parties because we don't do any selling.
20             MR. PELUSO:  Okay.  Easy enough.  I don't
21   really have anything else.  I'll turn it over to Greg.
22                         EXAMINATION
23   BY MR. CAFFAS:
24        Q.   Great.  First things first.  I just want to
25   address that last line of questioning that Pat just
```

Page 71