# Exhibit J

4:47

< All iCloud

5/28/20
Company: American Protection
Agent: Samantha
Phone: 1-800-427-1806 (Ext 1190)
Website: Americanprotectioncorp.com
Location: FL
Type of call: I answered the call there was a 3 second delay and Samantha came on the line.
16 Minute call at 12:51PMET
Received a voicemail from Samantha (following up on my VIN number) at 1:55PMET and an email quote from Samantha at 4:09PMET.
(In order to for Samantha to provide me the information I let her know that I would purchase the highest plan and gave her a Visa gift card as payment)

SMITH000032