IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**SUNPATH, LTD.,** a Massachusetts corporation,<br><br>*Defendant.* | Case No. 1:22-cv-00081 (LMB/WEF) |

## ORDER

Regarding Defendant SunPath, Ltd.'s ("SunPath") Unopposed Motion for Resetting the Hearing on SunPath's Motion for Summary Judgment, it is hereby

ORDERED that the Motion is GRANTED and the Court approves the following:

- The hearing on SunPath's Motion for Summary Judgment is reset for January 27, 2023 at 10:00 a.m.;

- The deadline for SunPath's Reply in support of its Motion for Summary Judgment is reset to January 18, 2023;

- The deadline for SunPath's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment is reset to January 18, 2023;

- The deadline for Plaintiff's Reply in support of her Motion for Partial Summary Judgment is reset to January 25, 2023. /LMB/

Entered this 10 day of January, 2023

Alexandria, Virginia

/s/ /LMB/
Leonie M. Brinkema
United States District Judge