# EXHIBIT 10















| | | Year | Make | Model | | Status | VIN | Odometer | MSRP | Verified |
|---|---|---|---|---|---|---|---|---|---|---|
| ✏ | 🗨 | 2016 | BMW | 228 | | Quoted | | 9,500 | $32,850 | ☐ |

| Details | Quotes | Policies | Campaigns | Payment Methods | Activity (2) | History |
|---|---|---|---|---|---|---|

| | User | Description | Notes |
|---|---|---|---|
| 5/29/2020 6:08 PM | Samantha Jeager | General Note | cvc 949 |
| 5/28/2020 6:03 PM | Samantha Jeager | Email Message Sent | Email sent using Custom Quote Summary template to rdssmith@gmail.com. |
| 5/28/2020 3:30 PM | Samantha Jeager | Email Message Sent | Email sent using Quote Summary template to rdssmith@gmail.com. |
| 5/28/2020 11:06 AM | Samantha Jeager | General Note | We were on the call, the line went blank. I cb, no connection |
| 5/22/2020 11:26 AM | Administrator | Import Note | Vehicle Import Information.. Year: 2018, Make: BMW, Model: 1-SERIES |