# EXHIBIT 12

Case 1:22-cv-00081-LMB-WEF   Document 81-12   Filed 01/18/23   Page 2 of 7 PageID# 1274

4:47

< All iCloud

6/11/20

I sent an email to Samantha at American Protection Corp not to contact me as I am not interested in purchasing any vehicle protection/warrenty for my car.
Do not call me anymore.

SMITH000031

4:47 

 All iCloud 

5/28/20
Company: American Protection
Agent: Samantha
Phone: 1-800-427-1806 (Ext 1190)
Website: Americanprotectioncorp.com
Location: FL
Type of call: I answered the call there was a 3 second delay and Samantha came on the line.
16 Minute call at 12:51PMET
Received a voicemail from Samantha (following up on my VIN number) at 1:55PMET and an email quote from Samantha at 4:09PMET.
(In order to for Samantha to provide me the information I let her know that I would purchase the highest plan and gave her a Visa gift card as payment)

   

SMITH000032

 

Date: 5/26/20
Type of call: Auto dial.  I answered the call there was a three second delay then Marina came on the line asked me questions about my vehicle and then she said she was going to transfer me but we got disconnected.
Agent: Marina
Company name: Vehicle Protection Center
Number: 410-844-6327
1 minute call at 3:51PMET

   

SMITH000033

Case 1:22-cv-00081-LMB-WEF Document 81-12 Filed 01/18/23 Page 5 of 7 PageID# 1277

 

6/5/20
Received additional voicemail and call from American Automotive protection corp operator Dawn (worked with Samantha. Received at 12:37PMET

   

SMITH000034

4:47

< All iCloud

**6/5/20**
Received additional voicemail and call from American Automotive protection corp operator Dawn (worked with Samantha. Received at 12:37PMET

**6/11/20**
I sent an email to Samantha at American Protection Corp not to contact me as I am not interested in purchasing any vehicle protection/warrenty for my car.
Do not call me anymore.

SMITH000035

11:44

16  Telemarketer Voicem…

**+1 (281) 709-0786**
Houston, TX
May 28, 2020 at 1:55 PM

0:00                                             −0:21

### Transcription Beta

"Hi Ruth this is Samantha calling with American protection I was just calling you to get the Vin number on your BMW to get your car is going for you um I'll be back in the office in about an hour I'm going to lunch my number is 1-800-427-1806 extension 5005 talk to you soon bye-bye…"

Was this transcription useful or not useful?

Favorites | Recents | Contacts | Keypad | Voicemail

---

On Jun 10, 2020, at 11:15 AM, Ruth Smith <rdssmith@gmail.com> wrote:

SMITH000036