IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SUNPATH, LTD.,** a Massachusetts corporation,<br><br>*Defendant*. | Case No. 1:22-cv-00081 (LMB/WEF) |

### DEFENDANT SUNPATH, LTD.'S MOTION TO STRIKE PLAINTIFF'S DECLARATION

Defendant SunPath, Ltd. ("SunPath"), respectfully submits its Motion to Strike Plaintiff's Declaration. SunPath requests that this Court strike Plaintiff's declaration that she filed as an exhibit to her Memorandum in Support of her Motion for Partial Summary Judgment, ECF. No. 74, and Response in Opposition to SunPath's Motion for Summary Judgment, ECF No. 76. *See* Declaration of Ruth Smith, ECF Nos. 74-8, 76-2. The grounds for this Motion are more fully articulated in the Memorandum in Support of this Motion, filed contemporaneously herewith.

Counsel for the parties conferred by telephone on January 17, 2023, pursuant to Local Civil Rule 7(E). They were unable to reach an agreement.

1

Dated: January 18, 2023

Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Joseph P. Bowser*
Joseph P. Bowser (VSB No. 88399)
Carl Taylor Smith (VSB No. 97376)
ROTH JACKSON
1519 Summit Ave., Ste. 102
Richmond, VA 23230
804-441-8701
804-441-8438 (fax)
tsmith@rothjackson.com
jbowser@rothjackson.com

Mitchell N. Roth (VSB No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
mroth@rothjackson.com

*Counsel for SunPath, Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that I caused Defendant SunPath, Ltd.'s Motion to Strike Plaintiff's Declaration to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on January 18, 2023.

                                                  /s/ *Joseph P. Bowser*
                                                  Joseph P. Bowser