# EXHIBIT 1



# Transcript of Ruth Smith

**Date:** December 2, 2022
**Case:** Smith -v- SunPath, Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

145
1 American Protection from Samantha Yaeger that we
2 discussed earlier, is there a reason you didn't
3 respond in any way including to request not to
4 receive any more calls?
5     A   No. I just didn't -- you know, I wasn't
6 interested in getting the insurance.
7     Q   Right, but you weren't interested in
8 receiving additional calls, correct?
9     A   Correct.
10    Q   So is there a reason why you didn't
11 respond to that e-mail stating that you didn't
12 wish to receive additional calls?
13    A   So I -- you know, I forwarded it to my
14 counsel.
15        MR. CAFFAS: Can you read the question
16 back, Kelly.
17        (The reporter read the requested
18 question.)
19 BY MR. CAFFAS:
20    Q   Can you repeat your response?
21    A   Okay. So I guess I didn't want to
22 correspond with the e-mail because I didn't want

146
1 any more, you know, back and forth.
2     Q   And you didn't think that requesting to
3 not to receive more calls would be an approach to
4 not receiving more calls?
5         MR. SMITH: Object to form.
6 BY MR. CAFFAS:
7     Q   You can answer.
8     A   You said to object to not receiving more
9 calls? I'm sorry.
10        MR. CAFFAS: Kelly, could you read my
11 question again, please.
12        (The reporter read the requested
13 question.)
14    A   So based on here, I stated that I didn't
15 want to receive more calls.
16 BY MR. CAFFAS:
17    Q   So you thought that forwarding this
18 e-mail to an attorney rather than making a call or
19 making a request not to receive more calls would
20 be the best option to cease receiving calls?
21        MR. SMITH: Object to form.
22    A   Yeah. I just -- I didn't want to engage

147
1 with the correspondents.
2 BY MR. CAFFAS:
3     Q   You contend that June 9 was the last
4 call that you received that you're seeking damages
5 for in this case?
6     A   Again, whatever I provided initially was
7 correct, but I know that there's the call logs
8 that were received. So that is correct, what's in
9 the logs.
10    Q   Can you clarify what you mean by that?
11    A   So when I submitted all the
12 documentation that I had, that was to the best of
13 my knowledge at the time, but I understand that
14 the call logs have different information, and they
15 are -- they are correct.
16    Q   And when you say the call logs, are you
17 referring to call logs that you believe your
18 counsel has received but you have not yet
19 reviewed?
20    A   Yes. They just came this week, yes.
21    Q   So when you say that you believe that
22 the call logs confirm this not to be the case, is

148
1 that based on representations from counsel?
2     A   Because it's an accurate -- because of
3 the logs that were received by the company versus
4 what I have.
5     Q   Right. And I'm just saying you haven't
6 reviewed these call logs that you're referring to,
7 right?
8     A   Correct.
9     Q   So how do you know that the call logs
10 confirm this?
11    A   I rely on my counsel.
12    Q   Do you believe that SunPath is the only
13 company that administers vehicle service
14 contracts?
15    A   No.
16    Q   So you're saying that if you received a
17 call soliciting you for vehicle service contracts
18 without mentioning they're SunPath's vehicle
19 service contracts, those would not be about
20 SunPath vehicle service contracts, right?
21    A   They may or may not.
22    Q   How do you discern the difference if

```
                                                      213
1    CERTIFICATE OF SHORTHAND REPORTER
2         ELECTRONIC NOTARY PUBLIC
3         I, Kelly Carnegie, Certified Shorthand
4    Reporter, Registered Professional Reporter, the
5    officer before whom the foregoing proceedings were
6    taken, do hereby certify that the foregoing
7    transcript is a true and correct record of the
8    proceedings; that said proceedings were taken by
9    me stenographically and thereafter reduced to
10   typewriting under my direction; that reading and
11   signing was requested; and that I am neither
12   counsel for, related to, nor employed by any of
13   the parties to this case and have no interest,
14   financial or otherwise, in its outcome.
15         IN WITNESS WHEREOF, I have hereunto
16   electronically set my hand and affixed my notarial
17   seal this 5th day of December, 2022.
18
     My commission expires:
19   July 31, 2026
20
21   _Kelly Carnegie_____
     NOTARY PUBLIC IN AND FOR THE
22   COMMONWEALTH OF VIRGINIA - PRINCE WILLIAM COUNTY
     Notary Registration Number: 7060756
```