IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RUTH SMITH,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**SUNPATH, LTD.,** a Massachusetts corporation,<br><br>*Defendant*. | Case No. 1:22-cv-00081 (LMB/WEF) |

### DEFENDANT SUNPATH, LTD.'S SECOND MOTION IN LIMINE

Defendant SunPath, Ltd., respectfully submits its Second Motion in Limine seeking to exclude Plaintiff's damages evidence from trial. The grounds for this Motion are more fully articulated in the Memorandum in Support of this Motion, filed contemporaneously herewith.

Counsel for the parties conferred by telephone on January 19, 2023, pursuant to Local Civil Rule 7(E). They were unable to reach an agreement.

Dated: January 20, 2023          Respectfully submitted,

SUNPATH, LTD.

By Counsel

/s/ *Joseph P. Bowser*
Joseph P. Bowser (VSB No. 88399)
Carl Taylor Smith (VSB No. 97376)
ROTH JACKSON
1519 Summit Ave., Ste. 102
Richmond, VA 23230
804-441-8701
804-441-8438 (fax)
tsmith@rothjackson.com
jbowser@rothjackson.com

Mitchell N. Roth (VSB No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22314
(703) 485-3535
(703) 485-3525 (fax)
mroth@rothjackson.com

*Counsel for SunPath, Ltd.*

## CERTIFICATE OF SERVICE

    I hereby certify that I caused Defendant SunPath, Ltd.'s Second Motion in Limine to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on January 20, 2023.

                                            /s/ *Joseph P. Bowser*
                                            Joseph P. Bowser