# EXHIBIT 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
 2                        ALEXANDRIA DIVISION
 3                           CASE NO.:  1:22-cv-00081-LMB-WEF
 4    RUTH SMITH, individually and on behalf of all
      others similarly situated,
 5
            Plaintiff,
 6
      vs.
 7
      SUNPATH, LTD., a Massachusetts corporation,
 8
            Defendant.
 9
      _____/
10
                              -VOLUME 2-
11                          (PAGES 128-252)
12    CONTINUED
      VIDEOCONFERENCE
13    DEPOSITION OF:      KOBI CHUKRAN, CORPORATE REPRESENTATIVE
                          CHUKRAN MANAGEMENT GROUP, LLC, d/b/a
14                        AMERICAN PROTECTION CORP.
15    TAKEN BY:           COUNSEL FOR THE PLAINTIFF
16    DATE:               WEDNESDAY, NOVEMBER 9, 2022
17    TIME:               9:38 A.M. - 12:38 P.M.
18    LOCATION:           DAYTONA BEACH, FLORIDA  33437
19    VIA:                VERITEXT VIRTUAL ZOOM
20    STENOGRAPHICALLY
      REPORTED BY:        COURTNEY N. LANGHOFF, RMR, CRR, FPR-C
21                        ORANGE LEGAL/VERITEXT LEGAL SOLUTIONS
                          201 EAST KENNEDY BOULEVARD, SUITE 712
22                        TAMPA, FLORIDA  33602
23
24
25

                                                        Page 128
```

```
 1        A.   No, I do not.
 2        Q.   Okay.  On June 1st, 2020, Plaintiff alleges
 3   that she received one call from the caller ID
 4   281-709-0849 and that that call was placed by
 5   American Protection.
 6             Do you know if American Protection has ever
 7   utilized that number to place telephone calls?
 8        A.   No, I do not.
 9        Q.   Okay.  Do you know how many telephone numbers
10   American Protection utilizes to place calls?
11        A.   Yes.
12        Q.   How many?
13        A.   About -- about 78 numbers.
14        Q.   78.  And are those numbers assigned by the
15   Five9 system?
16        A.   Yes.
17        Q.   Okay.  Does -- do those numbers ever change?
18        A.   No.
19        Q.   All right.  Give me a second.  I'm going to
20   pull up an exhibit.
21             (Deposition Exhibit 9 was marked.)
22   BY MR. SMITH:
23        Q.   All right, Kobi.  I'm showing you what's been
24   marked as Exhibit 9.
25             Do you recognize this document?
```

Page 159

```
 1                  CERTIFICATE OF REPORTER

 2                     (VIA VIDEOCONFERENCE)

 3    STATE OF WISCONSIN:

 4    COUNTY OF WINNEBAGO:

 5

 6        I, COURTNEY N. LANGHOFF, RMR, CRR, FPR-C,

 7    Notary Public, State of Florida, certify that I was

 8    authorized to and did stenographically and remotely

 9    report the Zoom videoconference deposition of

10    KOBI CHUKRAN (CHUKRAN MANAGEMENT GROUP, LLC); that a

11    review of the transcript was requested; and that the

12    foregoing transcript, pages 134 through 248, is a true

13    and accurate record of my stenographic notes.

14        I further certify that I am not a relative,

15    employee, or attorney, or counsel of any of the parties,

16    nor am I a relative or employee of any of the parties'

17    attorneys or counsel connected with the action, nor am I

18    financially interested in the action.

19

20        DATED this 16th day of November, 2022.

21

22                    [signature: Courtney M. Verhagen]

23

                      COURTNEY N. LANGHOFF, RMR, CRR, FPR-C

24

25
```