# EXHIBIT 1



# Transcript of Ruth Smith

**Date:** December 2, 2022
**Case:** Smith -v- SunPath, Ltd.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Page 21

1  MR. SMITH: Objection, misstates the
2 witness's testimony.
3 BY MR. CAFFAS:
4  Q  You can answer if you understand.
5  A  So can you ask the question again?
6  Q  Yeah. So are you saying that you have a
7 document that contains all of your notes that you
8 had taken when you received these calls that you
9 then sent to your counsel?
10  A  So I -- again, back to the original
11 question. When you asked me how I obtained this
12 information per these bullets here, so as I --
13 based on these calls, I have them in my notes
14 section. I take the information. I copy and
15 paste it. I place it in an e-mail, and then
16 there's -- I take the screenshot and it shows the
17 time, if there's a duration, et cetera, or if
18 there's a voicemail, and that's how I communicate.
19  Q  So then there would be, one, a note in
20 your notes app for presumably each call received
21 as well as a screenshot?
22  A  If it has not been deleted, yes. But if

Page 22

1 it's been deleted, I do not have it. Again, this
2 is a period of time. This has been over about two
3 years, so I don't know if I still have those
4 notes.
5  Q  Do you know when you would have deleted
6 them?
7  A  I do not.
8  Q  Do you have a period of time that you
9 typically keep your notes before you delete them?
10  A  I would say maybe six months to a year.
11  Q  Did you know that you intended to file a
12 lawsuit whenever you were taking these notes?
13  A  No.
14  Q  And did you check to see whether or not
15 those notes had been deleted when this lawsuit was
16 filed?
17  A  No, I did not.
18  Q  The counsel that you were sending these
19 notes and screenshots to, is that your counsel
20 that you've retained for this -- the counsel
21 that's representing you today?
22  A  It's Heidarpour Law Firm.

Page 23

1  Q  Did you personally then when you
2 retained the law firm of Woodrow & Peluso send the
3 same notes and screenshots that were sent to the
4 Heidarpour Law Firm to Woodrow & Peluso?
5  A  To the best of my knowledge, it was sent
6 to them.
7  Q  When did you retain Woodrow & Peluso?
8  A  I'd have to go back.
9  Q  All right. I'm going to hand you what
10 will be marked as Exhibit 3, and this is the
11 supplemental objections and responses that your
12 counsel served to me on November 11 of this year,
13 so a few weeks ago.
14  A  Okay.
15  (Smith Deposition Exhibit No. 3 was
16 marked for identification and was attached to the
17 deposition transcript.)
18 BY MR. CAFFAS:
19  Q  And I'll ask you to turn to the very
20 last page of that document. So first of all,
21 before I ask this, do you recognize those
22 supplemental discovery responses?

Page 24

1  A  Yes.
2  Q  And did you review those supplemental
3 discovery responses before they were served?
4  A  Yes.
5  Q  Can you turn to the last page now, and
6 the last page is what's titled Ruth Smith's
7 Verification. Can you confirm that that is your
8 signature on this page verifying that these
9 interrogatory responses and requests for admission
10 responses are true and accurate?
11  A  Yes. To the best of my knowledge, they
12 are true and accurate.
13  Q  Okay. I'd like you to turn to the
14 second page of the document now, and I'm
15 specifically referring to what will be the
16 supplemental answer to interrogatory one. Do you
17 see where I'm at there?
18  A  Yes, supplemental answer.
19  Q  Now, in the second paragraph, this
20 starts by stating, "On May 26, 2020, plaintiff
21 received two unsolicited calls." Do you see where
22 I'm at there?

45

1     A  Yes.
2     Q  -- still have the call logs that you're
3 referring to that you have to review to fully
4 respond to this question?
5         MR. SMITH: Objection, misstates the
6 witness's testimony.
7         You can answer.
8     A  So I submitted the logs to my counsel,
9 so I'd have to go back through that information,
10 everything that I have submitted. So I need to go
11 back through that information to clarify.
12         MR. SMITH: Can we take a two-minute
13 break?
14         MR. CAFFAS: Yeah. Let's go off the
15 record.
16         (A brief recess was had from 10:46 a.m.
17 to 10:50 a.m.)
18         (The reporter read the requested
19 testimony.)
20         MR. CAFFAS: Okay. Let's back on the
21 record.
22 BY MR. CAFFAS:

46

1     Q  So with respect to my last question and
2 the documents that you're saying that you had to
3 review in order to confirm, I believe you had
4 stated that -- that the statement that you had to
5 review call logs wasn't accurate. Is that
6 correct?
7     A  You said what is inaccurate?
8     Q  Was not accurate. You had said that you
9 saying that you had to review call logs in order
10 to fully answer this question was not accurate and
11 that you were referring to some other
12 documentation. Do I have that right?
13     A  And I think this was based, you said, on
14 this, the caller did not identify themselves by
15 their first and last name?
16     Q  Yes. That's correct. Is there some
17 other documentation that you said you would need
18 to review in order to confirm that statement?
19     A  So you're -- just to make sure I
20 understand, you're asking if they provided their
21 last name?
22     Q  No. You had stated that in order to

47

1 confirm what name the person had used on that call
2 that we're talking about --
3     A  That specific person?
4     Q  Let me finish. In order to confirm what
5 name they used on the call, you would need to
6 review some records. Can you confirm what records
7 you're saying that you would need to review.
8     A  So it would be the notes that I provided
9 after the call.
10    Q  And it's your understanding that those
11 notes still exist in order for you to review them?
12    A  Yes.
13    Q  And so to confirm, are those notes in
14 your possession, or your counsel's possession?
15    A  So I sent them to counsel.
16    Q  And to confirm, when you say counsel --
17    A  Yes.
18    Q  -- you mean Woodrow & Peluso, your
19 current counsel?
20         MR. SMITH: Objection, asked and
21 answered, misstates the witness's testimony.
22 BY MR. CAFFAS:

48

1     Q  You can answer.
2         MR. SMITH: You can answer.
3     A  So it would be I sent them to Heidarpour
4 Law Firm.
5 BY MR. CAFFAS:
6     Q  Did you ever send them to Woodrow &
7 Peluso?
8     A  To the best of my knowledge, I believe
9 that the information has been shared.
10    Q  The information has been shared by you
11 to Woodrow & Peluso, or by Heidarpour to Woodrow &
12 Peluso?
13    A  I sent it to Heidarpour Law Firm.
14    Q  Are you saying then that you never sent
15 it to Woodrow & Peluso?
16    A  I'd have to go -- to go back, but I know
17 I sent it to through my e-mails to confirm. I
18 don't remember, but I know I sent it to Heidarpour
19 Law Firm.
20    Q  The supplemental interrogatory responses
21 that we were discussing, these were submitted just
22 a couple weeks ago on November 11, 2022. Did you

```
                                              213
1       CERTIFICATE OF SHORTHAND REPORTER
2            ELECTRONIC NOTARY PUBLIC
3         I, Kelly Carnegie, Certified Shorthand
4    Reporter, Registered Professional Reporter, the
5    officer before whom the foregoing proceedings were
6    taken, do hereby certify that the foregoing
7    transcript is a true and correct record of the
8    proceedings; that said proceedings were taken by
9    me stenographically and thereafter reduced to
10   typewriting under my direction; that reading and
11   signing was requested; and that I am neither
12   counsel for, related to, nor employed by any of
13   the parties to this case and have no interest,
14   financial or otherwise, in its outcome.
15         IN WITNESS WHEREOF, I have hereunto
16   electronically set my hand and affixed my notarial
17   seal this 5th day of December, 2022.
18
     My commission expires:
19   July 31, 2026
20
21   _Kelly Carnegie_____
     NOTARY PUBLIC IN AND FOR THE
22   COMMONWEALTH OF VIRGINIA - PRINCE WILLIAM COUNTY
     Notary Registration Number: 7060756
```