# CIVIL MOTION MINUTES

Date: 1/27/23                                       Judge: Brinkema
                                                    Reporter: S. Austin

Time: 10:22am – 10:39am


Civil Action Number: 1:22cv81

  Ruth Smith                          vs.   SunPath, Ltd.

Appearances of Counsel for      ( X) Pltf Pro Hoc counsel     ( X) Deft

Motion to/for:
 #65 Deft Motion for Summary Judgment
 #73 Pltf Motion for Partial Summary Judgment
 #82 Deft Motion to Strike
 #84 Deft 1st Motion in Limine
 # 88 Deft 2nd Motion in Limine


Argued &
(  ) Granted    (  ) Denied (     ) Granted in part/Denied in part
(  )Held in Abeyance (    ) Taken Under Advisement   (   ) Continued to (  ) Overruled

#82, 84, 88, 65 - GRANTED

 # 73 - DENIED




(  ) Memorandum Opinion to Follow

(X)   Order to follow