IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUTH SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-81 (LMB/WEF) |
| ) | |
| SUNPATH, LTD., ) | |
| ) | |
| Defendant. ) | |

ORDER

For the reasons stated in open court, defendant's Motion to Strike Plaintiff's Declaration [Dkt. No. 82], First Motion in Limine [Dkt. No. 84], Second Motion in Limine [Dkt. No. 88], and Motion for Summary Judgment [Dkt. No. 65] are GRANTED.

Plaintiff's Motion for Partial Summary Judgment with Respect to Count II of Her Complaint [Dkt. No. 73] is DENIED; and it is hereby

ORDERED that judgment be and is entered in favor of the defendant, SunPath, Ltd.

The Clerk is directed to enter judgment in favor of defendant pursuant to Fed. R. Civ. P. 58, to forward copies of this Order to counsel of record, and to close this civil action.

Entered this 27th day of January, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge