# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Ruth Smith, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00081 (LMB/WEF) |
| | ) |
| SunPath, LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on <u>January 27, 2023</u> and in accordance with

Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of the Defendant, SunPath, LTD., and against the plaintiff Ruth Smith.

FERNANDO GALINDO, CLERK

By:_____/s/_____

Y. Guyton, Deputy Clerk

Dated:  01/27/2023

Alexandria, Virginia